No. 65315.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 60/10371, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 23, 1961

No. 65316.—John Breuner Co. and Frank P. Dow Co., Inc., et al. *v.* United States, protests 58/14183, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim at 25 percent under the provision in paragraph 409, as modified, *supra*, for bamboo articles was sustained. The items marked "B," stipulated to be the same as the merchandise involved in C.D. 2098, *supra*, were held dutiable at 16⅔ percent under the provision in paragraph 412, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for manufactures of wood.

No. 65317.—American Express Company et al. *v.* United States, protests 262407–K/7159, etc. (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim at 20 percent under the provision in paragraph 412, as modified by T.D. 51802, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C.A.D. 669, *supra*, were held dutiable at 12½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.